UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

QUINSTREET, INC., a California corporation,

    Plaintiff,

v.

MARK FERGUSON d/b/a/ WHEW.COM, an individual,

    Defendant.

Case No. C08-5525RJB

MINUTE ORDER

The following Minute Order is made by the Court, United States District Judge Robert J. Bryan:

On June 11, 2009, Defendant, acting *pro se*, filed a Motion to Compel Discovery for Requests for Production, Set Two (Dkt. 89) and a Motion to Compel Discovery for Interrogatories and Request for Production, Set Three and Request for Production, Set Four (Dkt. 90). Both motions were noted for consideration on June 26, 2009. *Id.* On June 22, 2009, Plaintiff filed a Motion for Protective Order seeking an order "limiting the requests for admissions that were timely served to a reasonable amount that is not unduly burdensome and ordering that [Plaintiff] is not obligated to respond the Defendant's third and fourth set of requests for admissions, fourth set of interrogatories, and fifth set of requests for production because they were not timely served." Dkt. 105. On June 22, 2009, Plaintiff also filed a Motion to Compel Further Deposition of Defendant Mark Ferguson. Dkt. 98. Oral argument on the motions was requested. Dkts. 89, 90, 101, and 104. On July 6, 2009, attorney Robert J. Siegel filed a Notice of Appearance for Defendant. Dkt. 115. Oral argument on all these motions was originally set for July 29, 2009.

Parties reported to the Court that they have resolved the Motion to Compel Further Deposition of

ORDER
Page - 1

1 | Defendant Mark Ferguson (Dkt. 98) and some issues in the other motions. Dkts. 120 and 121.
2 | Accordingly, the Motion to Compel Further Deposition of Defendant Mark Ferguson (Dkt. 98) **IS**
3 | **STRICKEN**.
4 | Upon review of the file **ORAL ARGUMENT** still appears appropriate on the remaining motions
5 | and **SHALL BE SET FOR Wednesday, August 5, 2009 at 9:30 A.M.**
6 | The Defendant's Motion to Compel Discovery for Requests for Production, Set Two (Dkt. 89),
7 | Defendant's Motion to Compel Discovery for Interrogatories and Request for Production, Set Three and
8 | Request for Production, Set Four (Dkt. 90) and Plaintiff's Motion for Protective Order (Dkt. 105) are
9 | **RENOTED** for **August 5, 2009.**
10 | Dated this the 3rd day of August, 2009.
11 | The foregoing Minute Order authorized by THE HONORABLE ROBERT J. BRYAN, UNITED
12 | STATES DISTRICT JUDGE