UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| QUINSTREET, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MARK FERGUSON d/b/a/ WHEW.COM, an individual,<br><br>　　　　　　Defendant. | Case No. C08-5525RJB<br><br>MINUTE ORDER STRIKING MOTIONS AND ORAL ARGUMENT |

The following Minute Order is made by the Court, United States District Judge Robert J. Bryan:

On June 11, 2009, Defendant, acting *pro se*, filed a Motion to Compel Discovery for Requests for Production, Set Two (Dkt. 89) and a Motion to Compel Discovery for Interrogatories and Request for Production, Set Three and Request for Production, Set Four (Dkt. 90). Both motions were noted for consideration on June 26, 2009. *Id.* On June 22, 2009, Plaintiff filed a Motion for Protective Order seeking an order "limiting the requests for admissions that were timely served to a reasonable amount that is not unduly burdensome and ordering that [Plaintiff] is not obligated to respond the Defendant's third and fourth set of requests for admissions, fourth set of interrogatories, and fifth set of requests for production because they were not timely served." Dkt. 105. On July 6, 2009, attorney Robert J. Siegel filed a Notice of Appearance for Defendant. Dkt. 115.

Upon review of the motions, the Court set oral argument for August 5, 2009. Dkt. 122.

On August 4, 2009, soon after a conference call with the law clerk, parties contacted the Court and reported that they have resolved the issues raised in the motions and that the motions may be stricken.

Accordingly, Defendant's Motion to Compel Discovery for Requests for Production, Set Two

ORDER
Page - 1

(Dkt. 89), Defendant's Motion to Compel Discovery for Interrogatories and Request for Production, Set Three and Request for Production, Set Four (Dkt. 90), and Plaintiff's Motion for Protective Order (Dkt. 105) **ARE STRICKEN**. The August 5, 2009, oral argument is also **STRICKEN**.

Dated this the 4th day of August, 2009.

The foregoing Minute Order authorized by THE HONORABLE ROBERT J. BRYAN, UNITED STATES DISTRICT JUDGE