Hon. Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| QUINSTREET, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>MARK FERGUSON d/b/a WHEW. COM, an individual,<br><br>Defendant. | NO. C08-05525RJB<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL<br><br>NOTE ON MOTION CALENDAR: October 15, 2009 |

## STIPULATION

COME NOW Plaintiff QuinStreet, Inc. and Defendant Mark Ferguson, through their counsel of record, and hereby stipulate that all claims and counterclaims in this matter shall be dismissed with prejudice and without an award of attorneys' fees or costs to either party.

DATED this 15th day of October, 2009.

s/John A. Knox, WSBA #12707
Todd R. Sorensen, WSBA #35403
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: jknox@williamskastner.com
Email: tsorensen@williamskastner.com
Attorneys for Plaintiff

s/Robert J. Siegel, WSBA #17312
i.Justice Law, PC
PO Box 25817
Seattle, WA 98165-1317
Email: bob@ ijusticelaw.com

s/Douglas E. McKinley, Jr., #20806
PO Box 202
Richland, WA 99352
Email: doug@mckinleylaw.com
Attorneys for Defendant

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL - 1
(C08-05525RJB)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

2641836.1

ORDER

THIS MATTER having come before the Court upon the foregoing Stipulation of the parties and the Court finding good cause, now, therefore, it is hereby

ORDERED that all claims and counterclaims in this matter shall be dismissed with prejudice and without an award of attorneys' fees or costs to either party.

The Clerk of the Court is instructed to send uncertified copies of the Order to all counsel of record.

DATED this ___ day of October, 2009.

_____
Robert J. Bryan
UNITED STATES DISTRICT JUDGE

Presented By:

s/John A. Knox, WSBA #12707
Todd R. Sorensen, WSBA #35403
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA  98101-2380
Telephone:  (206) 628-6600
Fax:  (206) 628-6611
Email: jknox@williamskastner.com
Email: tsorensen@williamskastner.com
Attorneys for Plaintiff

s/Robert J. Siegel, WSBA #17312
i.Justice Law, PC
PO Box 25817
Seattle, WA 98165-1317
Email: bob@ ijusticelaw.com

s/Douglas E. McKinley, Jr., #20806
PO Box 202
Richland, WA 99352
Email: doug@mckinleylaw.com
Attorneys for Defendant

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL - 2
(C08-05525RJB)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

2641836.1

CERTIFICATE OF SERVICE

I certify that I have caused the foregoing to be filed via the ECF system which will result in a copy being sent to Defendant's counsel, set forth below:

| | |
|---|---|
| Robert J. Siegel, WSBA #17312<br>i.Justice Law, PC<br>PO Box 25817<br>Seattle, WA 98165-1317<br>Email: bob@ ijusticelaw.com | Douglas E. McKinley, Jr., #20806<br>PO Box 202<br>Richland, WA 99352<br>Email: doug@mckinleylaw.com<br>Attorneys for Defendant |

DATED this 15th day of October, 2009.

s/John A. Knox, WSBA #12707
Attorneys for Plaintiff QuinStreet, Inc.
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA  98101-2380
Telephone:  (206) 628-6600
Fax:  (206) 628-6611

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL - 3
(C08-05525RJB)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

2641836.1